UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**SHAHEED ALLAH, a.k.a.
FLOYD MAY #B17282**
    **Plaintiff,**

    04-1083

**ADELLA JORDAN-LUSTER, et al.,**
    **Defendants.**

## ORDER

    A review of the record indicates the plaintiff has filed an impermissible interlocutory appeal [91]. On August 3, 2007, the court granted in part and denied in part the defendants' summary judgment motion. The plaintiff is appealing the court's August 3, 2007 decision and an earlier decision denying a default judgment against defendant Shabazz.

    The plaintiff has not moved the court for leave to file an interlocutory appeal. Further, the plaintiff has stated no basis for allowing an interlocutory appeal pursuant to 28 U.S.C. § 1292(b). The court does not find that an immediate appeal would materially advance the ultimate termination of the litigation. Therefore, the court cannot find a good faith basis for the plaintiff's impermissible interlocutory appeal.

    Accordingly, the court denies the plaintiff's motion for leave to proceed *in forma pauperis* and the court further certifies that the plaintiff's appeal was filed in bad faith pursuant to 28 U.S.C. § 1915(a)(3). *See Newlin v. Helman*, 123 F.3d 429, 433 (7th Cir. 1997). The Seventh Circuit has determined that if the district court certifies that an appeal is not taken in good faith, the appellant cannot prosecute the appeal *in forma pauperis*, but must pay the appellate fees of $250.00 within 14 days. *Id.* at 434. If the plaintiff wishes to contest this court's findings, that the appeal is not taken in good faith, he must file a motion with the Court of Appeals seeking review of this court's certification within 30 days after service of this order. *See* Fed.R.App.P. 24(a).

**It is therefore ordered:**

1.     The court certifies the plaintiff's appeal was filed in bad faith pursuant to 28 U.S.C. Section 1915(a)(3) and as he has filed an impermissible interlocutory appeal, his motion for leave to appeal *in forma pauperis* is denied [92].
2.     The plaintiff is directed to remit to the clerk of the court the $455.00 appellate fee within 14 days of the date of this order.
3.     The clerk of the court is directed to send a copy of this order to the United States Court of Appeals for the Seventh Circuit.

**Enter this** $^{26th}$ **day of October 2007.**

    s\Harold A. Baker
    _____
    **HAROLD A. BAKER**

**UNITED STATES DISTRICT JUDGE**