UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FLOYD MAY, pro se,**
      **Plaintiff,**

      vs.                          04-1083

**ADELLA JORDAN-LUSTER, et al.,**
      **Defendants**

### FINAL CASE MANAGEMENT ORDER

      This case is before the court by telephone conference for proceedings under Fed.R.Civ.P 16. The plaintiff, Floyd May, appeared pro se. The remaining defendant, Runyon, appeared through Carrie Kinsella, IAAG. The court inquired about the positions of the parties with regard to the plaintiff's motion for voluntary dismissal [d/e 101] and the defendant, Runyon's response [d/e 103]. No objection was raised as to dismissal without prejudice, Accordingly, the motion to dismiss will be allowed.

      The parties were informed that the court would now proceed to enter a final judgment on the motion for summary judgment that was allowed on August 3, 2007 [d/e 90]. The plaintiff was advised that he should file another notice of appeal, if he planned to appeal the ruling on summary judgment, since his interlocutory appeal was probably ineffective.

IT IS THEREFORE ORDERED THAT:

1). The motion to dismiss [d/e/101] is allowed and without objection the case against the defendant, Runyon, is dismissed without prejudice;

2). The clerk is directed to enter final judgment in favor of the defendants, Jordan-Luster, Mote, Walker, Ford, Kennell, Melvin, Shabazz, Tucker and Walton, and each of them, together with costs of suit;

3). If the plaintiff wishes to appeal this dismissal, he may file a notice of appeal with this court within 30 days of the entry of judgment. Fed. R. App. P. 4(a)(4). He should renew his motion[1] for leave to appeal *in forma pauperis* which should set forth the issues the plaintiff

---

[1] The plaintiff's motion to proceed *in forma pauperis* on his interlocutory appeal was denied by this court on October 26, 2007 [d/e 95].

plans to present on appeal.  *See* Fed. R. App. P. 24(a)(1)(C).  If the plaintiff does choose to appeal, he will be liable for the $455.00 appellate filing fee irrespective of the outcome of the appeal.  Furthermore, if the appeal is found to be non-meritorious, the plaintiff may also accumulate a strike under 28 U.S.C. 1915(g).

 4).  Defendant Runyon's Motion [d/e 104] is rendered moot by this order.


Enter this __15th____ day of January 2008.

**s\Harold A. Baker**

_____
Harold A. Baker
United States District Judge
